IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **EUGENE ROBERTS,** | : | |
| | : | |
| **Plaintiff,** | : | Civil Action File No. |
| | : | |
| vs. | : | (JURY TRIAL DEMANDED) |
| | : | |
| **GREAT WEST CASUALTY COMPANY, C & B TRANSPORT, LLC and CAROLINA CORRALES** | : | |
| | : | |
| **Defendants.** | : | |

## PLAINTIFF'S COMPLAINT FOR DAMAGES

COMES NOW, the Plaintiff, Eugene Roberts and files this his Complaint against the Defendants, Great West Casualty Company, C & B Transport, LLC and Carolina Corrales and respectfully shows this Court the following facts:

### 1. STATEMENT OF JURISDICTION

1.1  Plaintiff Eugene Roberts is a resident of Bonaire, Georgia within this judicial District and Division.

1.2  Defendant, Great West Casualty Company is a foreign corporation. It issued a contract of liability insurance to C& B Transport, LLC which provides coverage for the subject vehicle collision, which forms the basis of this lawsuit, by which Great West Casualty Company agreed to be liable for all losses occasioned by the negligence of Great West Casualty Company and their drivers. Under O.C.G.A. §

      46-7-12(e), Great West Casualty Company is a proper party in this lawsuit and is directly liable to Plaintiff for the damages alleged herein.

1.3    Defendant C & B Transport, LLC is a foreign corporations registered as motor common carriers with the United States Department of Transportation and having their principal place of business in Temple, Arizona.

1.4    Defendant Carolina Corrales is a resident of Glendale, Arizona and is an employee of C & B Transport, LLC.

1.5    Defendant C & B Transport, LLC, by and through its employee, Defendant Carolina Corrales, caused its truck to collide with the Plaintiff's vehicle.

1.6    Plaintiff prays herein for a jury trial and judgment, notwithstanding, court costs, in excess of $250,000 against the Defendants ,

1.7    The Defendants are subject to the jurisdiction of this Court pursuant to 28 U.S.C. §1332.

## 2. VENUE

2.1    The subject accident occurred in Houston County, Georgia within the Middle District, Macon Division.

2.2    Venue is proper in The United States District Court, Middle District of Georgia, Macon Division, pursuant to 28 U.S.C. § 1391.

## 3. STATEMENT OF FACTS

3.1    On August 14, 2019, Eugene Roberts was stopped at a red light on Old Perry Road at its intersection with Georgia Highway 96 in Houston County, Georgia.

3.2     The truck driven by Carolina Corrales was traveling on Georgia Highway 96, approaching the red light at its intersection with Old Perry Road in Houston County, Georgia.

3.3     The light for plaintiff turned green and he began to proceed through the intersection.

3.4     Defendant Corrales negligently and with total disregard for the safety of others failed to stop at the red light, entered the intersection and struck plaintiff's vehicle.

3.5     During all times relevant to this Complaint, Defendant Corrales was acting within the scope of her employment with the Defendants.

3.6     Defendants are liable to the Plaintiff for the negligent acts and omissions of Defendant Corrales.

3.7     The force of the impact, caused by the negligent operation of the truck by Defendant Corrales, caused extensive damage to the vehicle in which the Plaintiff was driving.

3.8     Plaintiff Roberts suffered great mental and physical injuries as a result of the collision which was the result of the negligent acts and omissions of the Defendants.

3.9     This collision, caused by the Defendants' employee's negligence, severely injured Plaintiff.

3.10    Defendant Corrales violated the provisions of Georgia law for automotive safety and was negligent in the following particulars:

       (1)     in failing to keep a proper lookout;

  (2) in failing to obey a traffic control device in violation of O.C.G.A. § 40-6-21; and

  (3) Defendant Corrales was otherwise negligent.

3.11 Eugene Roberts in no way contributed to the collision that resulted in his injuries.

## COUNT I

### 4. NEGLIGENCE AND DAMAGES

4.1 Plaintiff repeats each preceding paragraph of this Complaint as if set forth herein in full.

4.2 Plaintiff suffered physical and mental injuries as a result of the accident caused by the Defendants' employee's negligence.

4.3 Defendant's negligence was the direct and proximate cause of the injuries and mental distress suffered by Plaintiff.

4.4 Plaintiff is entitled to recover from the Defendant an amount of damages for his injuries to be determined by a jury, after deliberation, in an amount not less than $250,000.00.

WHEREFORE, Plaintiff Eugene Roberts prays:

(a) that process issue according to the Statute so requiring the Defendants to timely make and file their Answer and Affirmative Defenses according to law;

(b) that he be given a jury trial on all issues so triable by jury comprised of qualified 12 jurors duly sworn, qualified and serving according to the law and as such acting upon their sacred oath;

(c) that he be awarded damages for her physical and mental injury suffered in an amount to be determined by the jury in their fair and enlightened conscious; and

(d) that he be awarded damages for her emotional distress and fear suffered in an amount to be determined by the jury in their fair and enlightened conscious.

AYERBE & ARNOLD LLC.
3608 Vineville Avenue
P. O. Box 3608
Macon, GA 31208
(478) 474-2252

**/s/ Paul R Ayerbe**
Paul R. Ayerbe
State Bar No. 029810